William E. Peterson
Nevada Bar No. 1528
Patrick G. Byrne
Nevada Bar No. 7636
Janine C. Prupas
Nevada Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501-1961
Telephone:  (775) 785-5440
Facsimile:  (775) 785-5441
Email:   wpeterson@swlaw.com
            pbyrne@swlaw.com
            jprupas@swlaw.com

*Attorneys for Defendant A.F. Ferguson & Company,
erroneously sued herein as PWR Ferguson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELKO BROADBAND LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HAIDERMOTA BNR, LAWYERS AND COUNSEL WITH OFFICES IN ISLAMABAD, ISLAMIC REPUBLIC OF PAKISTAN, PWR FERGUSON AN ACCOUNTING FIRM WITH OFFICES IN ISLAMIC REPUBLIC OF PAKISTAN, <br><br> Defendants. | Case No.: 3:20-cv-00293-LRH-CLB <br><br> **STIPULATION AND ORDER FOR STAY OF DISCOVERY** |

The Parties in the above-captioned case attended the Court's case management conference on August 3, 2020.  During the conference, the Parties and the Court discussed staying discovery in this case given Defendant Haidermota's Motion to Dismiss for lack of personal jurisdiction, inappropriateness of venue, and forum non conveniens (Doc. No. 4), Defendant Ferguson's Motion to Dismiss for lack of personal jurisdiction (Doc. No. 6 ), the complex discovery issues, and the ongoing pandemic.  The Parties further met and conferred on these issues and stipulate and agree to stay all discovery pending the Court's decisions on Defendants' Motions (Doc. Nos. 4 and 6), save and except any discovery required by the Court for its decision on the Motions.

4828-5092-2181

The Parties will further meet and confer no later than 10 days after the Court's decisions on both Motions to discuss any ongoing discovery issues, including extending any discovery deadlines, if necessary.

DATED: August 3, 2020

PARSONS BEHLE & LATIMER

By: */s/ Michael E. Kealy*
Michael R. Kealy, NV Bar No. 971
Zachary S. Shea, NV Bar No. 15094
*Attorneys for Defendant HaidermotaBNR*

NEAHUSAN LAW

By: */s/ Sean Neausan*
Sean Neausan, NV Bar No. 11224
*Attorney for Plaintiff*

SNELL & WILMER, L.L.P.

By: */s/ Janine C. Prupas*
William E. Peterson, NV Bar No. 1528
Patrick G. Byrne, NV Bar No. 7626
Janine C. Prupas, NV Bar No. 9156
*Attorneys for Defendant A.F. Ferguson*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

DATED: August 4, 2020.

- 2 -

4828-5092-2181